# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00141-CV

---

### Michael L. Bird, Appellant

### v.

### Angelique Ledesma, Appellee

---

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 306,462-D, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Michael L. Bird filed his notice of appeal on February 24, 2020. On April 1, 2020, he also filed a petition for writ of mandamus, which was docketed as Cause Number 03-20-00222-CV. Soon after, appellant filed a motion to abate in this appeal stating that he believed his mandamus proceeding was the correct procedural vehicle and that he had filed his appeal to protect his appellate rights in the event this Court disagreed that mandamus was the correct path.

In December 2020, this Court acted on appellant's petition for writ of mandamus, granting appellant partial relief. *See In re Bird*, No. 03-20-00222-CV, 2020 WL 7063583 (Tex. App.—Austin Dec. 3, 2020, orig. proceeding). We then asked appellant to inform this Court whether he intended to pursue the appeal. Appellant responded by instead asking that we extend the time for him to reply until one day after the trial court acted in compliance with our

mandamus opinion. We denied that request and informed appellant that he had until February 12, 2021, to respond to our inquiry and that we would dismiss the appeal if he did not file a timely response. Appellant has not replied. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Prosecution

Filed: February 25, 2021